# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>DAWN ANNETTE STRATTON<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  1:24-mj-00071-EPG<br>)<br>)<br>)<br>) |

**FILED**
Jun 06, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 5, 2024__ in the county of __Fresno__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 113(5) | Simple Assault - punishable by a fine or imprisonment for six months, or both |

This criminal complaint is based on these facts:

See attached affidavit of Ranger Justin R. Jones incorporated hereto.

☑ Continued on the attached sheet.

JUSTIN JONES  Digitally signed by JUSTIN JONES
              Date: 2024.06.06 10:30:10 -07'00'

*Complainant's signature*

Justin R. Jones, Park Ranger
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Jun 6, 2024**

*Judge's signature*

City and state:  Fresno, CA   Hon. Erica P. Grosjean
*Printed name and title*

PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NO. |
| | AFFIDAVIT OF JUSTIN R. JONES |

I, , being duly sworn, state as follows:

**AGENT BACKGROUND**

1. I am a Park Ranger at Sequoia National Park. I have been a Ranger for 8 years.

2. As part of my regular duties as a Ranger, I investigate criminal violations of the federal laws, including Title 18, United States Code, Sections 113 (assaults in federal jurisdiction) amongst other offenses. I have received training regarding, among other things, assaults at the Federal Law Enforcement Training Center.

3. This affidavit is made in support of a request for a criminal complaint and arrest warrant charging DAWN ANNETTE STRATTON for a violation of 18 U.S.C. § 113(a)(5), simple assault.

4. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause for the requested complaint and arrest warrant. Where statements of others are set forth in this affidavit, they are set forth in substance and in part. The information contained in this affidavit is based upon my personal observations and training as well as information related to me by other law enforcement officers and/or agents.

## JURISDICTION

5. The facts in support of this affidavit occurred within Sequoia National Park. Sequoia National Park is an area of federally owned public land administered by the National Park Service. Sequoia National Park is an area of the special maritime and territorial jurisdiction of the United States as defined by Title 18 U.S.C. § 7 (3): and by Title 16 U.S.C. § 57. Sequoia National Park is located within Fresno County, and are located within the Eastern District of California.  All the facts described below accrued with Campsite 13 in Azalea Campground, which is within Sequoia National Park boundaries.

## PROBABLE CAUSE

6. On June 5, 2023, at approximately 1842 hours, I and officer E. Bush responded to a report of a woman wearing shorts and a tank top striking a bald male at campsite 13 in Azalea Campground.

7. When Officer E. Bush and I arrived on scene, we observed a bald male, R.L., sitting in a chair in the campsite bleeding from the left side of his face and neck.  His left arm also appeared to have cuts. I and Officer E. Bush took photographs of the injuries they observed.

8. As rangers approached, the woman wearing shorts and a tank top was also siting in a chair in the campsite began to urinate.  Rangers asked how much she had to drink and she stated four beers. Rangers observed a few IPA beers near where she was sitting.  This woman was later identified as DAWN ANNETTE STRATTON by her Colorado Driver's License.

9. I observed what appeared to be blood on STRATTON's left palm.  I read Stratton her Miranda rights and she waived her rights and stated that she did not know when asked her what happened. I noticed the blood on her hand and asked about it and she continued to state that she did not know. Rangers took photographs of the STRATTON'S hand with blood.

10. I spoke with R. L and he informed me that STRATTON had a lot to drink that afternoon. He stated that STRATTON came after him and repeatedly struck him in the fact and body, and scratched his left arm.  R.L. and STRATTON appear to be in a co-habitant relationship.

11. R.L. reported that this is not the first time that it happens.  Rangers interspersed that to mean that STRATTON had previously attacked him him in the past. R. L. described the relationship as a "toxic relationship."

AFFIDAVIT OF RANGER JUSTIN R. JONES            2

12. Officer E. Bush spoke with two witnesses at the campsite who corroborated what R. L told me, specifically that STRATTON had struck R. L. repeatedly in the face and body. The two witnesses also provided written statements.

13. At approximately 1904 hours, I placed STRATTON under arrest and transported her to the Fresno County Jail with Officer E. Bush.

14. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

JUSTIN JONE  Digitally signed by JUSTIN JON
             Date: 2024.06.06 10:31:03 -07'(

Justin R. Jones, Sequoia Park Ranger

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone on  June 6  , 2024.

_____
Hon. Erica P. Grosjean
United States Magistrate Judge

Reviewed as to form and substance:

 /s/ Arelis M. Clemente
ARELIS M. CLEMENTE

AFFIDAVIT OF RANGER JUSTIN R. JONES        3